ALEX G. TSE (CABN 152348)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

KIMBERLY FRIDAY (MABN 660544)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7102
     FAX: (415) 436-6748
     kimberly.friday@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>UNITED MICROELECTRONICS CORPORATION; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; and CHEN ZHENGKUN a.k.a. STEPHEN CHEN,<br><br>    Defendants. | CASE NO. 3:18-CV-06643-MMC<br><br>**JOINT REQUEST TO POSTPONE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>~~CMC Date: Friday, December 14, 10:30 a.m.~~<br>450 Golden Gate Avenue<br>Courtroom 7, 19th Floor |

Plaintiff United States of America ("United States") and defendant United Microelectronics Corporation ("UMC") stipulate and request that the Case Management Conference set for Friday, December 14, 2018, at 10:30 a.m. be rescheduled to a later date. In support of this request, the parties state:

1. The United States filed this action against UMC and co-defendants Chen Zhengkun a.k.a. Stephen Chen and Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") on November 1, 2018.

2. Consistent with Federal Rule of Civil Procedure 4(m), the United States has 90 days, until January 30, 2019, to serve the complaint upon the defendants.

3.  As set forth in the attached declaration, counsel for the United States has conferred with counsel retained by Mr. Chen in the related criminal matter (18-cr-465-MMC).  Counsel has advised the government that she does not represent Mr. Chen in this matter.

4.  As set forth in the attached declaration, counsel for the United States had conferred with counsel retained by Jinhua in the related civil and criminal matters (18-cr-465-MMC; 17-cv-6932-MMC).  Both counsel have advised the government that they do not represent Jinhua in this matter.

5.  Accordingly, the United States intends to move forward with service of the summons and complaint upon Mr. Chen and Jinhua, and anticipates that service will be completed by January 30, 2019.

6.  UMC is represented by counsel in this matter.  The United States has requested that UMC waive service of the summons pursuant to Federal Rule of Civil Procedure 4(d).  The request for waiver was made on December 3, 2018.  Accordingly, if UMC waives service, its responsive pleading will be due sixty days after December 3, *i.e.*, by February 1, 2019.

7.  On November 15, 2018, the Court scheduled an initial Case Management Conference for December 14, 2018, at 10:30 a.m.  (ECF No. 9.)

8.  Good cause exists to postpone the Case Management Conference to a later date, after service of the complaint is completed.  As two of the defendants have not been served, they are not expected to participate in drafting a Joint Case Management Statement, nor to appear in court on December 14.  It may be prejudicial to those parties to bind them to a scheduling order under these circumstances.  Conversely, it would be inefficient to enter into a scheduling order with UMC now, and a separate scheduling order with the other defendants at a later date.

9.  The government and UMC request that the initial case management conference be set at least one month after January 30, 2019, so that all parties have adequate time to confer after the United States' complaint is filed and served, and prior to the conference.

//

//

//

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

ALEX G. TSE
United States Attorney

Dated: December 4, 2018          By:          /s/ *Kimberly Friday*
                                                      KIMBERLY FRIDAY
                                                      Assistant United States Attorney
                                                      Counsel for the United States

Dated: December 4, 2018          By:          /s/ *Leslie Caldwell*
                                                      LESLIE CALDWELL
                                                      Latham & Watkins, LLP
                                                      Counsel for United Microelectronics Corporation

## **CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that I have conferred with Leslie Caldwell, counsel for United Microelectronics Corporation, regarding this filing.  Ms. Caldwell has represented that she concurs in the filing of this document and that I am authorized to file it on her behalf.

ALEX G. TSE
United States Attorney

Dated: December 4, 2018          By:          /s/ *Kimberly Friday*
                                                      KIMBERLY FRIDAY
                                                      Assistant United States Attorney
                                                      Counsel for the United States

1

2                    [PROPOSED] ORDER

3     Pursuant to stipulation, it is so ordered that the Case Management Conference currently set for

4 December 14, 2018, is hereby continued to __March 15___, 2019, at 10:30 a.m.

5     It is further ordered that the parties shall file a Joint Case Management Statement no later

6 than March 8, 2019.

  **SO ORDERED.**

7

8 DATED: December 4, 2018            _Maxine M. Chesney_____

9                                    HONORABLE MAXINE M. CHESNEY
                                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

18-CV-6643-MMC                         4
STIPULATION TO POSTPONE CMC; [PROPOSED] ORDER