DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

KIMBERLY FRIDAY (MABN 660544)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7102
    FAX: (415) 436-6748
    kimberly.friday@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-CV-06643-MMC |
| Plaintiff, | |
| v. | **STATEMENT OF NONOPPOSITION TO UMC'S MOTION TO STAY** |
| UNITED MICROELECTRONICS CORPORATION; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; and CHEN ZHENGKUN a.k.a. STEPHEN CHEN, | |
| Defendants. | Hearing Date: March 29, 2019, 9:00 a.m.<br>450 Golden Gate Avenue<br>Courtroom 7, 19th Floor |

    Defendant United Microelectronics Corporation ("UMC") has filed a motion to stay this civil proceeding pending resolution of the related criminal action, *United States of America v. United Microelectronics Corporation, et al.*, No. 18-cr-MMC (ECF No. 25).  Pursuant to Local Rule 7-3(b), the United States notifies the Court that it does not oppose this motion.

    The United States notes that co-defendants Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") and Chen Zhengkun a.k.a. Stephen Chen ("Chen") have not appeared in this action or specially appeared to contest service or jurisdiction.  The United States filed its complaint in this action on November 1, 2018. (ECF No. 1.)  Accordingly, pursuant to Fed. R. Civ. P. 4(m), it had 90 days, until January 30,

2019, to serve its complaint.  The United States served Jinhua and Chen on January 8, 2019, via International Federal Express.  (ECF Nos. 17 and 18.)  The United States also served Jinhua via the Hague Convention on January 9, 2019.  (ECF No. 19.)  As neither defendant has appeared, their positions on the motion to stay civil proceedings are not known to the government.

          Respectfully submitted,

          DAVID L. ANDERSON
          United States Attorney

          */s/ Kimberly Friday*
          KIMBERLY FRIDAY
          Assistant United States Attorney

DATED:  February 21, 2019