LATHAM & WATKINS LLP
Leslie R. Caldwell (CA Bar No. 302700)
 *leslie.caldwell@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorney for Defendant*
*United Microelectronics Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; and CHEN ZHENGKUN, a.k.a. STEPHEN CHEN,<br><br>Defendants. | CASE NO. 3:18-CV-06643 MMC<br><br>**[~~PROPOSED~~] ORDER GRANTING UNITED MICROELECTRONICS CORPORATION'S MOTION TO STAY PROCEEDING PENDING RESOLUTION OF CRIMINAL PROCEEDING** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING UMC'S
MOTION TO STAY PROCEEDING
CASE NO. 3:18-CV-06643 MMC

Before the Court is Defendant United Microelectronics Corporation's ("UMC") Motion to Stay Proceeding Pending Resolution of Criminal Proceeding.

Having considered the Defendant's submissions and arguments in support of the motion, the Court finds UMC's motion to stay the civil proceeding pending resolution of the criminal proceeding is warranted. A stay of this action is necessary to afford UMC an adequate defense in the civil case and to avoid prejudicing UMC in the criminal proceeding. Additionally, the government has indicated that it does not object to a stay.

Accordingly, for the reasons stated above, IT IS HEREBY ORDERED that Defendant's Motion to Stay Proceeding Pending Resolution of Criminal Proceeding is GRANTED, without prejudice to Fujian Jinhua Integrated Circuit Co., Ltd. and/or Chen Zhengkun a.k.a. Stephen Chen's seeking reconsideration after appearances on behalf of those parties have been filed.

**IT IS SO ORDERED.**

Dated: February 22, 2019

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING UMC'S
MOTION TO STAY PROCEEDING
CASE NO. 3:18-CV-06643 MMC