DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

KIMBERLY FRIDAY (MABN 660544)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7102
    FAX: (415) 436-6748
    kimberly.friday@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-CV-06643-MMC |
| Plaintiff, | |
| v. | **CERTIFICATE OF TRANSMISSION FOR SERVICE ON FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.** |
| UNITED MICROELECTRONICS CORPORATION; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; and CHEN ZHENGKUN a.k.a. STEPHEN CHEN, | |
| Defendants. | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. On April 5, 2019, the undersigned again transmitted two true and correct copies of the following documents, together with two copies of Chinese translations thereof:

1. Request for Service Abroad of Judicial or Extrajudicial Documents under the Hague Service Convention;
2. Summons Issued as to Fujian Jinhua Integrated Circuit, Co., Ltd. (Dkt. 16);
3. Plaintiff's Complaint (Dkt. 1);
4. Civil Cover Sheet (Dkt. 1-1);

18-CV-6643-MMC
CERTIFICATE OF SERVICE
                1

5.  Standing Order for United States District Judge Maxine M. Chesney;

6.  Standing Order for All Judges of the Northern District of California;

7.  Order scheduling Case Management Conference for March 15, 2019, at 10:30 a.m. (Dkt. 14);

8.  Case Management Conference Order (Dkt. 9);

9.  Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

10. ECF Registration Information; and

11. A copy of a confirmation of wire transfer of $95 USD executed on January 9, 2019 to:

> The Supreme People's Court of China
> Payment account: 11200314040000138
> Beneficiary Bank: Agriculture Bank of China Beijing Branch
> SWIFT: ABOCCNBJ010

by placing the documents listed above in a sealed FEDERAL EXPRESS envelope and affixing a prepaid air bill, and causing the envelope to be delivered to a Delivery Service agent for international priority delivery (Tracking No. 8112-5277-3750), to the Chinese Central Authority designated for service under the Hague Service Convention at the address below:

> International Legal Cooperation Center (ILCC)
> Ministry of Justice of China
> 33, Pinganli Xidajie
> Xicheng District
> BEIJING 100035
> People's Republic of China

The Request for Service Abroad of Judicial or Extrajudicial Documents (Item No. 1, *supra*), requests the Chinese Central Authority, pursuant to the Hague Service Convention, to forward the above-listed documents to:

> Fujian Jinhua Integrated Circuit, Co., Ltd.
> No. 88 Lianhua Avenue, Integrated Circuit Science Park
> Quanzhou/Jinjiang, Fujian Province, 36220 China

The listed documents, and Chinese copies, were first transmitted to the International Legal Cooperation Center (ILCC), Ministry of Justice in China on January 9, 2019, *see* ECF No. 19. The documents were resubmitted on April 5, 2019 following a response from the ILCC requesting that references in the documents to "Tai wan" be changed to "Tai wan China."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: April 5, 2019

/s/ Tina Louie
TINA LOUIE
Legal Assistant