1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., et al.,<br><br>Defendants. | Case No.     3:18-CV-06643 MMC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR WITHDRAWAL OF CHRISTINE Y. WONG AND TIMOTHY W. BLAKELY AS COUNSEL OF RECORD**<br><br>[Civil Local Rule 11-5(a)]<br><br>Judge: Hon. Maxine M. Chesney |

**[PROPOSED] ORDER**

This matter comes before the Court on the administrative motion of Christine Y. Wong and Timothy W. Blakely to withdraw as counsel of record for Defendant Fujian Jinhua Integrated Circuit Co., Ltd., et al. ("Fujian Jinhua") ("Motion"). Having considered the Motion, and good cause appearing therefore, the motion is **GRANTED**.

It is hereby **ORDERED** pursuant to Civil Local Rule 11-5(a) that Ms. Wong and Mr. Blakely are hereby withdrawn as counsel for Defendant Fujian Jinhua in this case.

Dated: September 24, 2020

_____
The Honorable Maxine M. Chesney
United States District Judge