DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHELLE LO (NYBN 4325163)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7180
    Facsimile:  (415) 436-6748
    Email:  Michelle.Lo@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED MICROELECTRONICS CORPORATION; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; and CHEN ZHENGKUN a.k.a. STEPHEN CHEN,<br><br>    Defendants. | CASE NO. 3:18-CV-06643-MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT UNITED MICROELECTRONICS CORPORATION** |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff United States of America, by its undersigned counsel, hereby submits this Notice of Voluntary Dismissal only as to Defendant United Microelectronics Corporation.  Defendant United Microelectronics Corporation has not served an answer or otherwise responded to the complaint.

Dated: October 28, 2020                  Respectfully submitted,

                                        DAVID L. ANDERSON
                                        United States Attorney

                    By:        */s/ Michelle Lo*
                                        MICHELLE LO
                                        Assistant United States Attorney