IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., et al.,<br>Defendants. | Case No. 18-cv-06643-MMC<br><br>**ORDER STATISTICALLY CLOSING CASE** |
|---|---|

In the above-titled action, filed November 1, 2018, the government seeks, pursuant to 18 U.S.C. § 1836(a), injunctive relief against United Microelectronics Corporation ("UMC"), Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua"), and Chen Zhengkun a.k.a. Stephen Chen ("Chen").

On October 28, 2020, the government voluntarily dismissed its claims against UMC, and, by order filed December 11, 2025, the Court granted Jinhua's motion for summary judgment, leaving Chen as the sole defendant, an individual who, the Court understands, is a citizen and resident of Taiwan.

As the government has been unable to serve Chen for a period of more than seven years, and has not suggested the circumstances pertaining to the lack of service are likely to change in the near future, the Court hereby statistically CLOSES the case.

Nothing contained in this order shall be considered a dismissal or disposition of the instant case or of any claim made within it, including the claims against Chen. Should further proceedings become necessary or desirable in the instant case, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: December 11, 2025

MAXINE M. CHESNEY
United States District Judge